200 F.3d 499 (7th Cir. 1999)
 United States of America, Plaintiff-Appellant,
v.
Brian K. McMutuary and Dante A. Grier, Defendants-Appellants.
 No. 98-1150, 98-1151
 United States Court of Appeals, Seventh Circuit
 July 20, 1999
 
 Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. No. 97 CR 25--Elaine E. Bucklo, Judge.
 Before Fiarchild, Manion, Kanne, Circuit Judges.
 
 ORDER
 
 1
 The petition for rehearing in the above-entitled case is GRANTED, the opinion entered on May 5, 1999 is VACATED, and the appeal is restored to the calendar for oral reargument at a date and time to be announced.